

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: NEWARK

William T. Walsh
Clerk

December 9, 2021

```
FILED
Dec 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

**Re: U.S.A. -v- JAKLITSCH**
**Our Docket No.  2:21-mj-10435-MAH**
**Your Docket No. 2:21-mj-0182 DB**

**Dear Clerk:**

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: *Sharay M Featherstone*
Sharay Featherstone
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America <br> v. <br> ERIC MICHAEL JAKLITSCH <br> *Defendant* | ) <br> ) Case No. 21-10435 <br> ) <br> ) Charging District's <br> ) Case No. 21-182 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Eastern__ District of __California__,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.
**The defendant has the right to make a bail application on short notice.**

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 12/8/2021

s/Michael A. Hammer
*Judge's signature*

Hon. Michael A. Hammer
*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-10435 |
| v. | **ORDER** |
| ERIC MICHAEL JAKLITSCH, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this **8th** day of **December**, 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed.  Such favorable information includes information that may cast doubt on the credibility of government witnesses.  Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

s/Michael A. Hammer
Hon. Michael A. Hammer
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Michael A. Hammer |
| v. | CASE NO. 21-10435 |
| ERIC MICHAEL JAKLITSCH *Defendant* | DATE OF PROCEEDINGS: 12/8/2021 |
| | DATE OF ARREST: 12/8/2021 |

**PROCEEDINGS:** Initial Appearance - Rule 5 (EDCA)

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS  [✓] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [✓] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [✓] VIDEO CONFERENCE CONSENT
- [✓] BRADY ORDER
- [✓] WAIVED IDENTITY HEARING
- [✓] COMMITMENT TO ANOTHER DISTRICT w/ the right to make a bail application on short notice

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.  DATE: _____
- [ ] DETENTION/BAIL HRG.  DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY  DATE: _____
- [ ] SENTENCING  DATE: _____
- [ ] OTHER: _____  DATE: _____

**APPEARANCES:**

AUSA: Andrew Kogan

DEFT. COUNSEL: Saverio Viggiano

PO/PTS: Brian Nauer and Barbara Hutchinson

INTERPRETER _____
Language: _____

TIME COMMENCED: 3:44
TIME TERMINATED: 4:11
CD NO: ECR

J. Baker
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>ERIC MICHAEL JAKLITSCH<br>*Defendant* | Case No.   21-10435 |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___8th___ day of __December__, 2021,

ORDERED that __Saverio Viggiano_____ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____

United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CASE NO. 21-10435 |
| | * | |
| ERIC MICHAEL JAKLITSCH | * | |
| | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

☑  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑  Video Teleconferencing

☐  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐  Other:

Date: 12/8/2021

s/Michael A. Hammer
Honorable Michael A. Hammer
United States Magistrate Judge

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-10435-MAH-1

Case title: USA v. JAKLITSCH

Date Filed: 12/08/2021

Other court case number: 2:21-mj-0182 Eastern District of California

Date Terminated: 12/08/2021

Assigned to: Magistrate Judge Michael A. Hammer

### Defendant (1)

**ERIC MICHAEL JAKLITSCH**
*TERMINATED: 12/08/2021*

represented by **SAVERIO A. VIGGIANO**
FEDERAL PUBLIC DEFENDER
1002 BROAD ST
NEWARK, NJ 07102
973-368-6446
Email: saverio_viggiano@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Count 1 - 18:1343.F - Wire Fraud, Count 2 - 18:1343.F - Wire Fraud, Count 3 - 18:1343.F - Wire Fraud, Count 4 - 18:1343.F - Wire Fraud, Count 5 - 18:1343.F - Wire Fraud

**Disposition**

**Plaintiff**

USA            represented by   **ANDREW D. KOGAN**
                                                   OFFICE OF THE US ATTORNEY
                                                   970 BROAD STREET
                                                   ROOM 702
                                                   NEWARK, NJ 07102
                                                   (973) 645-2754
                                                   Email: andrew.kogan@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2021 | 1 | COMPLAINT Received from the Eastern District of California as to ERIC MICHAEL JAKLITSCH (1). (smf, ) (Entered: 12/09/2021) |
| 12/08/2021 | | Arrest (Rule 5) of ERIC MICHAEL JAKLITSCH (smf, ) (Entered: 12/09/2021) |
| 12/08/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Michael A. Hammer:Initial Appearance in Rule 5 Proceedings as to ERIC MICHAEL JAKLITSCH held on 12/8/2021 Appearance entered by SAVERIO A. VIGGIANO for ERIC MICHAEL JAKLITSCH on behalf of defendant, defendant advised of rights, advised of charges and penalties, appointment of AFPD, financial affidavit executed, video consent, brady order, waived identity hearing, commitment to another district with the right to make a bail application on short notice. (Court Reporter/Recorder ECR.) (smf, ) (Entered: 12/09/2021) |
| 12/08/2021 | 3 | VIDEO CONSENT ORDER as to ERIC MICHAEL JAKLITSCH. Signed by Magistrate Judge Michael A. Hammer on 12/8/2021. (smf, ) (Entered: 12/09/2021) |
| 12/08/2021 | 4 | BRADY ORDER as to ERIC MICHAEL JAKLITSCH. Signed by Magistrate Judge Michael A. Hammer on 12/8/2021. (smf, ) (Entered: 12/09/2021) |
| 12/08/2021 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to ERIC MICHAEL JAKLITSCH. Signed by Magistrate Judge Michael A. Hammer on 12/8/2021. (smf, ) (Entered: 12/09/2021) |
| 12/08/2021 | 7 | COMMITMENT TO ANOTHER DISTRICT as to ERIC MICHAEL JAKLITSCH. Defendant committed to District of EASTERN DISTRICT OF CALIFORNIA. Signed by Magistrate Judge Michael A. Hammer on 12/8/2021. (smf, ) (Entered: 12/09/2021) |
| 12/08/2021 | | NOTICE as to ERIC MICHAEL JAKLITSCH Notice to the Eastern District of California - Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. (Notice sent to via email) (smf, ) (Entered: 12/09/2021) |